***********
It appearing that a typographical error was made in the Full Commission Opinion and Award filed 6 March 2002, the Opinion and Award of the Full Commission is HEREBY AMENDED.
 *********** AWARD paragraph 2 should read: 2. Defendant shall pay for all medical expenses incurred as the result of plaintiff's 17 April 1997 injury by accident.
 ***********
The remainder of the Full Commission's 6 March 2002 Opinion and Award remains in full force and effect.
 S/_______________ CHRISTOPHER SCOTT COMMISSIONER
CONCURRING:
 S/____________________ THOMAS JEFFERSON BOLCH COMMISSIONER
 S/___________________ BERNADINE S. BALLANCE COMMISSIONER